IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff/Appellee*, | ) | |
| | ) | |
| v. | ) | Case No. 24-4639 |
| | ) | |
| JORGE ROMERO GONZALEZ, | ) | |
| *Defendant/Appellant.* | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPENING BRIEF AND JOINT APPENDIX

Counsel for the appellant, Jorge Romero Gonzalez, move this Court, pursuant to Fed. R. App. P. 26(b), for a two-week extension of time in which to file the appellant's opening brief and joint appendix. The United States does not oppose this request. In support thereof, counsel states as follows:

1. The opening brief and joint appendix are currently scheduled to be filed on April 10, 2025, after the Court granted counsel's previous request for an extension of time. *See* Doc. 11 (Feb. 18, 2025). If this request is granted, the brief and appendix would be due on April 24.

2. Undersigned counsel, Assistant Federal Public Defender Patrick L. Bryant, has been unusually busy over the past month. In the span between March 7 and March 28, Mr. Bryant filed <u>fourteen</u> opening briefs. In the coming weeks, Mr. Bryant has due responses to government motions for summary affirmance in five cases on April 4, 7, and 10; opening briefs due April 16 and April 18; and a reply

brief currently due April 4 for which he is seeking an extension until April 18. Mr. Bryant is also working on various administrative and planning tasks for a statewide federal criminal defense conference to be held April 10-11, including preparing written materials for one of the CLE sessions at that event.

The pro bono counsel with primary responsibility for drafting the opening brief is Timothy H. Gray of Katten Muchin Rosenmann LLP. In the coming weeks, Mr. Gray will be drafting a petition for rehearing on an accelerated schedule in an appeal in the Federal Circuit, as well as work preparing for a number of forthcoming depositions. Mr. Bryant and Mr. Gray will need to coordinate their schedules to finalize the joint appendix and revise drafts of the brief before filing it.

3. In light of counsel's other deadlines and obligations, as well as the need to fully review the record in this case and to consult with the appellant and co-counsel, an extension of time is necessary in order to complete the brief and to provide effective assistance of counsel to Mr. Romero Gonzalez on appeal.

4. In accordance with Fourth Circuit Local Rule 27(a), counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel requests an extension of two weeks, from April 10 to April 24, 2025, in which to file the opening brief and joint appendix in this case.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/  Patrick L. Bryant
Patrick L. Bryant
Cadence A. Mertz
Assistant Federal Public Defenders
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Patrick_Bryant@fd.org
Cadence_Mertz@fd.org

April 1, 2025

# CERTIFICATE OF COMPLIANCE

1. This motion has been prepared using Microsoft Word for Office 365 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 420 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|     April 1, 2025     |     s/  Patrick L. Bryant     |
|:---:|:---|
| Date | Patrick L. Bryant |
|  | Assistant Federal Public Defender |