FILED: May 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-4639
(1:24-cr-00162-CMH-WEF-1)
(1:24-mj-00165-WEF-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JORGE ROMEROGONZALEZ

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/16/2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk